June 24, 2017

Peter A. Moore, Jr.
Court Clerk
United States District Court
Eastern Division of North Carolina
PO Box 25670
Raleigh, NC 27611

Greetings: Peter - court clerk

I have filed 4 claims of action in the Common Law Court of Record. Section 389 in Corpus Juris Secundum, a court of record only moves on the common law.
They are Loney v USAA, Loney V Chase Bank, Loney v. Bluestem, Loney v Equifax et seq.

I believe the character of Federal Court is a court of record. I believe the rules of court say that a man/woman has free access by way of right. If you concur with my belief, then as Court Clerk please file my cases in the Court of Record and submit to me copies of in the self address postage envelope that I provided.

I require of you as the court clerk:

1. <u>not</u> to move my case of a court of record; and
2. to file my case into the court of record, my private right of action; and
3. to time stamp and return to me a copy of my case in a pre-stamped envelope I have provided; and
4. to assign a magistrate to my case immediately; and
5. to file my case as a claim, not a complaint, nor a title 42, etc.; and
6. not to interfere with my rights and diminish my status of a woman to that of a pro se; and
7. to bear witness that if the wrongdoers fail to answer my claim within 21 days; and
8. to bear witness that after the allowed 21 days that my nihil dices judgment or Default judgment be true; and
9. if the wrongdoers fail to answer within said 21 days my order of judgment will be signed and entered.

Regards,

I am without prejudice UCC 1-308

Joyce Loney
4956 Long Beach
STE # 14 PMB 362
Southport NC [28164]

Joyce Loney
4956 Long Beach RD, SE
STE # 14 PMB 362
Southport NC 28461

CHARLOTTE
NC 282
24 JUL '17
PM 5 L

$0.46    US POSTAGE
FIRST-CLASS
JUL 24 2017
Mailed from ZIP 28461

endicia.com    071V01217565

Peter A. Moore, Jr.
Court Clerk
**Eastern Division of North Carolina**
PO Box 25670
Raleigh, NC 27611-5670

RECEIVED
JUL 26 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC